AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| Officer: | Jesse Weinberger | Telephone: (313) 771-6588 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Miguel Angel APARICIO-NAVAS

Case No.
Case: 2:25−mj−30511
Assigned To : Unassigned
Assign. Date : 8/12/2025
Description: CMP USA V. APARICIO−NAVAS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 15, 2024** in the county of **Washtenaw** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jesse S. Weinberger, Deportation Officer DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 12, 2025

City and state: Detroit, MI

*Judge's signature*

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Jesse S. Weinberger, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Deportation Officers and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Miguel Angel APARICIO-NAVAS, which attests to the following:

2. APARICIO-NAVAS is a 38-year-old male, native and citizen of Guatemala, who last entered the United States at an unknown place, on an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3. On February 20, 2020, the U.S. Border Patrol (BP), from the Gibraltar, MI USBP station, encountered APARICIO-NAVAS roadside as the result of a Michigan State Police (MSP) vehicle stop. Border Patrol arrested APARICIO-NAVAS and transported him to the Gibraltar Border Patrol station where he was processed and served a Notice to Appear.

4. On or about April 7, 2020, an Immigration Judge ordered APARICIO-NAVAS removed from the United States to Guatemala.

5. On or about September 14, 2020, APARICIO-NAVAS was removed from the United States to Guatemala via Alexandria, LA.

6. On or about May 11, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the United States illegally. He was returned to Mexico the same day under Title 42.

7. On or about May 18, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the United States illegally. He was returned to Mexico the same day under Title 42.

8. On or about May 22, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the

United States illegally. He was returned to Mexico the same day under Title 42.

9. On or about June 6, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the United States illegally. He was returned to Mexico the same day under Title 42.

10. On or about June 14, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the United States illegally. He was returned to Mexico the same day under Title 42.

11. On or about June 18, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the United States illegally. He was returned to Mexico the same day under Title 42.

12. On or about June 18, 2021, APARICIO-NAVAS was encountered in a Texas Border Patrol Sector by the U.S. Border Patrol after entering the United States illegally. He was returned to Mexico the same day under Title 42.

13. On or about March 21, 2024, APARICIO-NAVAS was charged in Washtenaw County Circuit Court with Criminal Sexual Conduct-Assault with Intent to Commit Sexual Penetration and Criminal Sexual Conduct - Fourth Degree (Force or Coercion). According to the police reports, the charges arose from an incident on or about September 24, 2023, when APARICIO-NAVAS walked up behind the female victim, who was walking home early in the morning hours, and grabbed her, placing his hands near her vagina area. The victim reported that APARICIO-NAVAS forcibly attempted to penetrate her clothes. The victim then got free and APARICIO-NAVAS fled the scene. The victim suffered scrapes to her hands and knees during the assault.

14. On or about April 15, 2024, Immigration and Customs Enforcement (ICE) placed a detainer on APARICIO-NAVAS at the Washtenaw County Jail, in Michigan after he was arrested for the Criminal Sexual Conduct charges.

15. On or about July 9, 2024, APARICIO-NAVAS was charged in Washtenaw County Circuit Court with Criminal Sexual Conduct-third Degree

(Incapacitated victim) and Criminal Sexual Conduct -Assault with Intent to Commit Sexual Penetration. According to the police reports, on or about October 3, 2021, APARICIO-NAVAS engaged in sexual activity with the female victim, who was intoxicated and physically helpless.

16. On or about April 1, 2025, APARICIO-NAVAS was charged in the Washtenaw County Circuit Court with Assault/Bodily Harm less than Murder or by Strangulation and Domestic Violence. Those charges related to incidents occurring between July 2023 and March 2024, involving a female victim with whom he had a dating relationship.

17. On June 12, 2025, the 22nd Circuit Court in Washtenaw County, Michigan, convicted APARICIO-NAVAS of two counts of CSC – Assault with Intent to Commit Sexual Penetration. The 22nd Circuit Court also convicted APARICIO-NAVAS of Domestic Violence. APARICIO-NAVAS was sentenced to 365 days for both CSC convictions and 93 days for the Domestic Violence conviction.

18. APARICIO-NAVAS's record checks did not provide any evidence that APARICIO-NAVAS legally entered the United States or had been issued any legal immigration document to allow him to enter or remain in the United States.

19. Review of the Alien File (A# XXX XXX 880) for Miguel Angel APARICIO-NAVAS and queries in U.S. Immigration and Customs Enforcement computer databases confirm no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on September 14, 2020.

20. Based on the above information, I believe there is probable cause to conclude that Miguel Angel APARICIO-NAVAS is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

3

_____
Complainant's signature

Jesse S. Weinberger, Deportation Officer DHS
Printed name and title

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Kimberly Altman
United States Magistrate Judge

August 12, 2025

4